IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY TONY SUNDAY,          )
                              )
              Plaintiff,      )
                              )
      v.                      )        CASE NO. 2:13-CV-493-WKW
                              )
AMBASSADOR TEMPORARY          )
AGENCY and GLOVIS             )
ALABAMA,                      )
                              )
              Defendants.     )

## ORDER

On August 9, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 6.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that this action is DISMISSED prior to service without prejudice for lack of subject matter jurisdiction.

DONE this 5th day of September, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE